[No. 38775-8-I.    Division One.    April 6, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. TRAVIS
WILLIAM BRUMBLE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-03662-3, Michael C. Hayden, J., entered
May 13, 1996. *Affirmed* by unpublished opinion per Elling-
ton, J., concurred in by Kennedy, C.J., and Webster, J.

[No. 38902-5-I.    Division One.    April 6, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT LOCKE
JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 95-1-00305-7, Thomas J. Wynne, J.,
entered June 27, 1996. *Affirmed* by unpublished opinion
per Kennedy, C.J., concurred in by Becker and Cox, JJ.

[No. 39692-7-I.    Division One.    April 6, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. PO MEAN,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-07933-1, John M. Darrah, J., entered July
22, 1996. *Affirmed* by unpublished opinion per Cox, J.,
concurred in Coleman and Baker, JJ.

[No. 39872-5-I.    Division One.    April 6, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. DELORES FAY
WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 96-1-01327-1, Larry E. McKeeman, J.,
entered December 3, 1996. *Affirmed* by unpublished per
curiam opinion.